UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 4, 2018          Judge: Hon. James Donato

Time: 4 Minutes

Case No.      **C-17-02631-JD**
Case Name    **Magee et al v. AEG Management Oakland, LLC et al**

Attorney(s) for Plaintiff(s):     Ryan Hicks
Attorney(s) for Defendant(s):   Tao Leung

Deputy Clerk: Lisa Clark

Court Reporter: Belle Ball

## PROCEEDINGS

Status - Held

## NOTES AND ORDERS

The case is stayed until February 8, 2018, for mediation. The parties will file a joint status report by February 8, 2018, advising the Court of the mediation results.

The parties' stipulated protective order, Dkt. No. 39, is entered, subject to the Court's standing orders.