Robin Samuel (State Bar No. 173090)
robin.samuel@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone:   (310) 201-4728
Facsimile:    (310) 201-4721

Attorneys for Defendant
AEG MANAGEMENT OAKLAND, LLC

Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
**HOYER & HICKS**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Walter Haines (SBN 71075)
walter@whaines.com
**UNITED EMPLOYEES LAW GROUP, PC**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
DAWN MAGEE and ROBERT SMITH

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MAGEE, KIESHA MOORE, and ROBERT SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEG MANAGEMENT OAKLAND, LLC, and CONTEMPORARY SERVICES CORPORATION,<br><br>Defendants. | Case No. 3:17-cv-02631-JD<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Dawn Magee and Robert Smith and Defendant AEG Management Oakland, LLC ("AEG Oakland"), by and through their respective counsel of record, jointly stipulate to the dismissal of this action in its entirety with prejudice.  This stipulation for dismissal is based on the following facts:

1. On May 10, 2017, non-party Chenille Campbell filed a lawsuit in the Superior Court of California, Alameda County, styled *Campbell v. AEG Management Oakland, LLC, et. al*, Case No. RG17859830.

2. The *Campbell* lawsuit asserted similar and overlapping wage and hour class action claims to the claims asserted in this action.

3. On July 25, 2017, Plaintiffs Magee and Smith joined in the *Campbell* lawsuit as party plaintiffs and putative class representatives through the filing of a Second Amended Complaint in that lawsuit.

4. The Second Amended Complaint in the *Campbell* lawsuit asserts all of the claims that are asserted in this lawsuit.

5. On July 31, 2019, all parties in *Campbell* lawsuit entered into a Joint Stipulation of Class Action Settlement and Release resolving all of the claims asserted in the *Campbell* lawsuit.

6. On February 7, 2020, the Alameda County Superior Court granted final approval of the settlement in the *Campbell* lawsuit and entered judgment on the terms outlined in the settlement stipulation.

7. As a result of the *Campbell* settlement and judgment, all claims in this action have been fully and finally settled, resolved and adjudicated.

///

///

///

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiffs DAWN MAGEE and ROBERT SMITH and DEFENDANT AEG OAKLAND, that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.
2. Each party is to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: February 26, 2020            BAKER & MCKENZIE LLP


By: */s/ Robin Samuel*
Robin Samuel
Attorneys for Defendant
AEG MANAGEMENT OAKLAND, LLC

Dated: February 26, 2020            HOYER & HICKS


By: */s/ Ryan L. Hicks*
Ryan L. Hicks
Attorneys for Plaintiffs
DAWN MAGEE AND ROBERT SMITH

Dated: February 26, 2020            UNITED EMPLOYEES LAW GROUP


By: */s/ Walter Haines*
Walter Haines
Attorneys for Plaintiffs
DAWN MAGEE AND ROBERT SMITH

**Signature Attestation**

Pursuant to N.D. Local Rule 5-1(i)(3), Counsel for Defendant AEG Oakland attests that Counsel for Plaintiffs, on whose behalf this filing also is submitted, concur in its content and have authorized its filing.

Dated: February 26, 2020

BAKER & MCKENZIE LLP

By: */s/ Robin Samuel*
Robin Samuel
Attorneys for Defendant
AEG MANAGEMENT OAKLAND, LLC